General McInerney, Robert W. Ginnane, Beatrice Rosenberg and J. F. Bishop for respondent.

No. 242. CADDEL v. CALIFORNIA. Supreme Court of California. Certiorari denied. Joseph T. Enright for petitioner. Edmund G. Brown, Attorney General of California, Clarence A. Linn, Assistant Attorney General, and Doris H. Maier, Deputy Attorney General, for respondent.

No. 246. FRUEHAUF TRAILER Co. v. GUSEWELLE, ADMINISTRATRIX. C. A. 8th Cir. Certiorari denied. John S. Marsalek for petitioner. Joseph N. Hassett for respondent.

No. 265. LOVE v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner pro se. Solicitor General Perlman, Assistant Attorney General Baldridge and Samuel D. Slade for the United States.

No. 276. CLEMENTS ET AL. v. BRONAUGH ET AL., COMMISSIONERS OF WHITE RIVER DRAINAGE DISTRICT, ET AL. Supreme Court of Arkansas. Certiorari denied. J. W. House for petitioners. J. G. Burke for respondents.

No. 278. PEERSON v. MITCHELL ET AL. Supreme Court of Oklahoma. Certiorari denied. Harold C. Stuart and Harry D. Moreland for petitioner. A. L. Emery for Mitchell, respondent.